Maureen Gaughan
PO Box 6729
Chandler, AZ  85246-6729
(480) 899-2036

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In Re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| HERNANDEZ, ALEJANDRA | ) | CASE NO. 09-09517-PHX-GBN |
| | ) | |
| | ) | WITHDRAWAL OF OBJECTION |
| | ) | TO MOTION FOR RELIEF FROM |
| | ) | THE AUTOMATIC STAY |
| Debtor(s). | ) | |

Maureen Gaughan, Trustee for the above named debtor, hereby withdraws her objection to Motion for Relief from the Automatic Stay filed by US Bank NA.


DATED: December 3, 2009            __/s/ Maureen Gaughan _____
                                    Maureen Gaughan, Trustee