**ORDERED ACCORDINGLY.**

Dated: December 09, 2009



_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

**TIFFANY & BOSCO**
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-18997/9900167036

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Alejandra Hernandez<br>   Debtors.<br>_____<br>U.S. Bank, N.A.<br>   Movant,<br> vs.<br><br>Alejandra Hernandez, Debtors; Maureen Gaughan, Trustee.<br><br>   Respondents. | No. 2:09-bk-09517-GBN<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket # 17) |

This matter having come before the Court for a Preliminary Hearing on December 4, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor appearing by and through their counsel, pro se, and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated April 20, 2007, and recorded on April 23, 2007, in

the office of the Maricopa County Recorder at wherein U.S. Bank, N.A. is the current beneficiary and Alejandra Hernandez have an interest in, further described as:

Lot 367, of SKYVIEW WEST UNIT THREE, according to the Plat of Record in the Office of the County Recorder of Maricopa County, Arizona, Recorded in Book 147 of Maps, Page 20.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT